# COMPLAINT
(for filers who are prisoners without lawyers)

CLERK USDC EDWI
FILED
2023 NOV 22 P 2:03

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff)

David Young

Case Number: 23-C-1578

v.

(Full name of defendant(s))

Wisconsin Department Health services dietitian and doctor Wisconsin resource center

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __USA__ (State), and is located at __PO Box 220 Winnebago WI 54985__ (Address of prison or jail)

2. Defendant __Wisconsin Department Health Services dietitian Wisconsin resource center doctor__ (Name) is (if a person or private corporation) a citizen of __Wisconsin__ (State, if known) and (if a person) resides at __PO Box 220 Winnebago WI 54985__ (Address, if known)

Complaint – 1

and (if the defendant harmed you while doing the defendant's job)

worked for WISCUNSIN rc SUJIGR CRNIRr
 (Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

thee dietitian thee doctor our refusen to give i a diet
my doctors, in Iran and Canada All infromd 1000 Grams, of iron wheat proteen Fiber Calories. sodium and starch is Like 0 Grams, in 1000 Grams. has no Affecton, And i need triple thee Amount or more each day of wheat iron sodium starch calories. doctors, informd i need 800 Grams, of proteen a day or more to keep my self healty i dont fill Good right now

Complaint – 2

My doctors in Canada and Iran
inform I need 4000 to 6000 ~~grams~~
of calories a day.
over ~~the~~ 3000 grams of wheat a day
3000 grams of iron a day
3000 to 6000 grams of sodium a day
3000 grams of starch a day
10000 grams of fiber a day
Fiber helps my mood and fiber
helps me poop
Fiber helps other issues I have
My doctors in Iran and Canada
All inform I need insure to
go with each meal I eat
chocolate proteen bars each day
chocolate milk shakes, proteen powder
proteen pills, soy vinela milk
6 top ramen soups a day I need
I dont fill good right now
Im not on thee right diet I fill sick

C.  JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☑ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ 500 dollars a month For 10 years

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

A diet

And 500 dollars a month

For 10 years.

E.  JURY DEMAND

   I want a jury to hear my case.

   ☐ – YES     ☑ – NO


I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __15__ day of __11__ 20__23__.

   Respectfully Submitted,

   __David Young__
   Signature of Plaintiff

   __659053__
   Plaintiff's Prisoner ID Number

   __PO Box 220__
   __Winnebago WI 54985__
   (Mailing Address of Plaintiff)


# REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE

☑  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.