# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DAVID JOHN YOUNG,<br><br>      Plaintiff,<br><br>v.<br><br>WISCONSIN DEPARTMENT OF HEALTH SERVICES, DIETITIAN WISCONSIN RESOURCE CENTER, and DOCTOR WISCONSIN RESOURCE CENTER,<br><br>      Defendants. | Case No. 23-CV-1578-JPS<br><br><br><br>**JUDGMENT** |

**Decision by Court**. This action came on for consideration before the Court and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED** that this action be and the same is hereby **DISMISSED without prejudice** for Plaintiff's failure to prosecute.

            APPROVED:

            _____
            J.P. Stadtmueller
            U.S. District Judge

            GINA M. COLLETTI
            Clerk of Court

February 20, 2024      *s/ Jodi L. Malek*
Date           By: Deputy Clerk